UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

CASE NO.: 11-25368-BKC-JKO
PROCEEDING UNDER CHAPTER 13

DENISE M. SPIVEY
XXX-XX-2389
WARREN H. SPIVEY
XXX-XX-1736

DEBTORS_____ /

## NOTICE OF CONTINUED CONFIRMATION HEARING

**YOU ARE HEREBY NOTIFIED that the Confirmation Hearing has been continued to <u>Oct 12, 2011</u> at <u> 8:30 AM</u> at the U.S. Courthouse, 299 E. Broward Blvd, Room 301, Fort Lauderdale, FL 33301.**

PLEASE TAKE NOTICE the Court may dismiss the above-referenced case for failure to propose a confirmable plan or for any other reason deemed necessary by the Court without further notice.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with additional qualifications to practice in this Court set for in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Continued Confirmation Hearing was mailed, via U.S. first class mail, to the parties listed below this 19th day of September, 2011.

/s/ Robin R. Weiner
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
POST OFFICE BOX 559007
FT. LAUDERDALE, FL 33355-9007
TELEPHONE: (954) 382-2001
FL BAR NO. 861154

COPIES FURNISHED TO:
SEE ATTACHED SERVICE LIST

**SERVICE LIST**

<u>DEBTORS</u>
DENISE M. SPIVEY
WARREN H. SPIVEY
500 NW 78 TERRACE
PLANTATION, FL  33324

<u>ATTORNEY FOR DEBTORS</u>
RICHARD B. CAREY, ESQUIRE
801 NORTHPOINT PARKWAY
SUITE 7
WEST PALM BEACH, FL  33407


RICHARD B. CAREY, ESQUIRE IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE OF CONTINUED CONFIRMATION HEARING TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.